**United States Bankruptcy Court**
**Southern District of New York**

In re   MONTEZUMA MEXICAN
        RESTAURANT INC.

                Debtor                          Case No.

                                                Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The debtor does hereby certify under penalty of perjury that the attached Creditor Matrix is complete, correct, and consistent with the debtor's schedules pursuant to the local bankruptcy rules and assumes all responsibility for errors and omissions.

Dated: February 20, 2015

                                    s/ Magdalena Dominguez
                                    Magdalena Dominguez
                                    President

Jose Jaquez
c/o Maximo Figueredo, Esq.
37-31 76th Street
Jackson Heights, NY 11372

NY State Dept. of Finance & Taxation
JAF Building
P.O. Box 1208
New York, NY 10116-1208

Internal Revenue Service
Ogden, UT 84201-0012

American Society of Composers
P.O. Box 331608-7515
Nashville, TN 37203-9998

BMF (Barbone & Sons)
48 Elkay Drive
Chester, NY 10918

Codelia & Socorro, P.C.
778 Castle Hill Avenue
Bronx, NY 10473

Dale Electronics Corp.
148-04 95th Ave.
Jamaica, NY 11435

Eduardo Ureña Produce
95 Broadway, Apt. 15
Freeport, NY 11520

Empire Merchants
16 Bridgewater St.
Brooklyn, NY 11222-9964

Hillside Wholesale
3117 Bain Bridge Avenue
Bronx, NY 10467

Monarch Seafood, Inc.
PO Box 6465 – 80 Broadway
Jersey City, NJ 07306

New York State Department of Labor
Counsel's Office
State Office Campus
Building 12, Room 509
Albany, NY 12240
Attn: Robyn Henzel, Esq.

New York State Department of Labor
Harrison State Office Campus
Building 12, Room 185B
Albany, NY 12240
Attn: Joshua Bond

Sysco Metro New York
20 Theodore Conrad Dr.
Jersey City, NJ 07305-4614

Victory FoodService
515 Truxton St.
Bronx, NY 10474

Westbury Fish Co.
20 Central Avenue
Farmingdale, NY 11735