MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York 10036
(646) 285-8476
(646) 224-8377 Facsimile
David C. McGrail
dmcgrail@mcgrailbensinger.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MONTEZUMA MEXICAN RESTAURANT INC., ) | Bankr. Case No.: 15-10365 (MG) |
| ) | |
| Debtor. ) | |

### AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Magdalena Dominguez, being duly sworn, deposes and says:

1. I am the president and 5% owner of Montezuma Mexican Restaurant Inc. (the "Debtor") and am responsible for managing the Debtor's operations. As such, except as otherwise described herein, I am familiar with the day-to-day operations, business, and financial affairs of the Debtor, and I submit this affidavit on behalf of the Debtor.

2. Except as otherwise described herein, I have personal knowledge of the facts set forth herein, and if I were to be called to testify, I would recite the facts stated below. I am authorized to submit this affidavit pursuant to Local Bankruptcy Rule 1007-2.

## NATURE OF THE DEBTOR'S BUSINESS AND STATEMENT OF CIRCUMSTANCES LEADING TO THE DEBTOR'S CHAPTER 11 FILING

3.   The Debtor, a New York corporation, operates a high-quality Mexican restaurant located at 119 West Kingsbridge Rd., Bronx, NY 10468. It pays $10,607.84 in monthly rent under a lease with 2690 Webb Ave. LLC that expires on June 1, 2025.

4.   The Debtor is unable to pay its pre-petition debts, which have increased steadily and now exceed $1.5 million, as they become due, necessitating this Chapter 11 bankruptcy filing.

## PARTICULAR INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

5.   Bankruptcy Rule 1007(d) and Local Bankruptcy Rule 1007-2 require the Debtor to disclose certain information related to this case, which is set forth below.

6.   No committee was organized prior to filing of this Chapter 11 case.

7.   Set forth on Exhibit A attached hereto and incorporated herein by reference is a list of the names, addresses, and telephone numbers of the creditors holding the 20 largest unsecured claims against the Debtor. This list includes the amount of the claim, the nature of the claim, and, if appropriate, an indication of whether such claim is contingent, unliquidated, disputed, or partially secured.

8.   Set forth on Exhibit B attached hereto and incorporated herein by reference is a list of the names, addresses, and telephone numbers of the creditors holding secured claims against the Debtor, the amount of the claims, a brief description and an estimate of the value of the collateral securing the claims (if known), and whether the claims or liens are disputed.

9.   Set forth on Exhibit C attached hereto and incorporated herein by reference is the Debtor's most recent balance sheet.

10. Set forth on Exhibit D attached hereto and incorporated herein by reference is the Debtor's most recent federal tax return.

11. None of the Debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor or agent for any such entity.

12. The Debtor's primary assets and books and records are located at 119 West Kingsbridge Rd., Bronx, NY 10468. The Debtor does not have any assets outside of the United States.

13. There are no actions or proceedings, pending or threatened, against the Debtor or its property where a judgment against it or a seizure of its property is imminent.

14. Set forth on Exhibit E attached hereto and incorporated herein by reference is my resume', which include my tenure with the Debtor and a summary of my relevant responsibilities and experience.

**Information Relating to the Debtor's Intention to Continue to Operate its Business**

15. The Debtor intends to continue to operate as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

16. The estimated amount of the weekly payroll to employees (exclusive of officers, directors, stockholders, and partners) for the 30-day period following the filing of this case is $28,000.

17. The estimated amount of the weekly payroll to officers, directors, stockholders, and partners for the 30-day period following the filing of this case is $6,000.

18. For the 30-day period following the commencement of this Chapter 11 case, the Debtor's estimated cash receipts are $55,000 and estimated disbursements are $55,000.

_[signature]_
Magdalena Dominguez

Sworn to before me on this
6th day of March, 2015

_[signature]_
Notary Public
Commission Expires:

MARIA V. VIDAL
Notary Public, State of New York
No. 01VI6240574
Qualified in Bronx County
Commission Expires May 2, 2016

4

# EXHIBIT A

## List of 20 Largest Unsecured Creditors

Form B6F (12/07)

In re Montezuma Mexican Restaurant Inc.
　　　　　Debtor

Chapter 11 Case No.: 15-10365

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See U.S.C. § 112 and Fed. R. Bankr. P 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| American Pad-Ex<br>325 Moffat Street<br>Brooklyn, NY 11237<br>Ph: 718-366-7900<br>Fax: 718-366-7910 | | | Goods | | | | $340.32 |
| American Society of Composers<br>P.O. Box 331608-7515<br>Nashville, TN 37203-9998<br>Ph: 800-505-4052<br>Fax: 615-691-7795 | | | Performance License | | | | $12,326.06 |
| Anheuser Busch-Sales<br>550 Food Center Drive<br>Bronx, NY 10474<br>Ph: 800-640-4040 | | | Liquor | | | | $258.09 |
| Auto-Chlor<br>1405 Commerce Ave.<br>Bronx, NY 10461<br>Ph: 718-239-8650 | | | Goods and Services | | | | $944.92 |
| BMF (Barbone & Sons)<br>48 Elkay Drive<br>Chester, NY 10918<br>Ph: 845-469-5195<br>Fax: 845-469-8236 | | | Food | | | | $2,009.75 |
| Codelia & Socorro, P.C.<br>778 Castle Hill Avenue<br>Bronx, NY 10473<br>Ph: 718-931-2575<br>Fax: 718-931-1121 | | | Legal Services | | | | $23,634.15 |

In re Montezuma Mexican Restaurant Inc.                                    Chapter 11 Case No.: 15-10365
        Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor | | Description | | | Amount |
|---|---|---|---|---|---|
| Eduardo Ureña Produce<br>95 Broadway, Apt. 15<br>Freeport, NY 11520<br>Ph: 718-781-4072 | | Food | | | $1,534.18 |
| Empire Merchants<br>16 Bridgewater St.<br>Brooklyn, NY 11222-9964<br>Ph: 718-383-5500<br>Fax: 718-383-5500 | | Liquor | | | $6,597.60 |
| Hillside Wholesale<br>3117 Bain Bridge Avenue<br>Bronx, NY 10467<br>Ph: 718-519-1580<br>Fax: 718-519-7301 | | Food | | | $90,283.48 |
| Internal Revenue Service<br>Ogden, UT 84201-0012 | | Income, FUTA, and FICA Tax Penalties | | | $3,137.95 |
| Monarch Seafood, Inc.<br>PO Box 6465 – 80 Broadway<br>Jersey City, NJ 07306<br>Ph: 201-333-1003<br>Fax: 201-333-0551 | | Food | | | $1,884.98 |
| Orkin Pest Control<br>2 Westchester Pl<br>Elmsford, NY 10523<br>Ph: 914-747-7131<br>Fax: 914-345-9607 | | Services | | | $359.28 |
| NY State Dept. of Finance & Taxation<br>JAF Building<br>P.O. Box 1208<br>New York, NY 10116-1208 | | Sales & Use Tax Penalties | | | $37,976 |
| New York State Department of Labor<br>Counsel's Office<br>State Office Campus<br>Building 12, Room 509<br>Albany, NY 12240<br>Attn: Robyn Henzel, Esq.<br>Ph: 518-457-4955<br>Fax: 518-485-1819 | | Stipulation of Settlement Dated on or About September 26, 2014 | | | $452,569.67 |

In re Montezuma Mexican Restaurant Inc.  
           Debtor

Chapter 11 Case No.: 15-10365

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor | | Consideration | | | Amount |
|---|---|---|---|---|---|
| New York State Department of Labor<br>Harrison State Office Campus<br>Building 12, Room 185B<br>Albany, NY 12240<br>Attn: Joshua Bond<br>Ph: 518-457-8452<br>Fax: 518-485-2778 | | | | | |
| Prestige Poly LLC<br>P. O. Box 150637<br>Brooklyn, NY 11215<br>Ph: 718-832-9600<br>Fax: 718-832-3600 | | Goods | | | $363.64 |
| Southern Wine & Spirit<br>P. O. Box 250<br>East Norwich, New York 11732<br>Ph: 516-921-9905 | | Liquor | | | $10,056.32 |
| Sysco Metro New York<br>20 Theodore Conrad Dr.<br>Jersey City, NJ 07305-4614<br>Ph: 201-433-2000<br>Fax: 877-230-5480 | | Food | | | $1,033.07 |
| Victory FoodService<br>515 Truxton St.<br>Bronx, NY 10474<br>Ph: 718-378-1122<br>Fax: 718-378-0303 | | Food | | | $4,044.10 |
| Westbury Fish Co.<br>20 Central Avenue<br>Farmingdale, NY 11735<br>Ph: 631-396-0237<br>Fax: 631-396-0237 | | Food | | | $49.50 |
| | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules.) | | | $649,403.06 |

# EXHIBIT B

## List of Secured Creditors

Form B6D
(12/07)

In re Montezuma Mexican Restaurant Inc.
      Debtor

Chapter 11 Case No.: 15-10365

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See U.S.C. § 112 and Fed. R. Bankr. P 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."
    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
    Total the columns listed "Amounts of Claim Without Deducting Value of Collateral" and "Unsecured Portion, If Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is any individual with primarily consumer debtors, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Date.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Jose Jaquez | X | | c/o Maximo Figueredo, Esq. 37-31 76th Street Jackson Heights, NY 11372 Ph: 718-424-2839 Fax: 972-709-2186<br><br>Loan secured by equipment, fixtures, inventory, and contract rights (including lease)<br><br>May 3, 2013 | | | | $687,123.24 | $632,073.24 |
| | | | Total ▶ | | | | $687,123.24 | $632,073.24 |

(Report total also on Summary of Schedules)

# EXHIBIT C

## Balance Sheet

10:45 AM
01/30/15
Accrual Basis

# MONTEZUMA MEXICAN RESTAURANT INC.
## Balance Sheet
### As of December 31, 2014

**ASSETS**
  **Current Assets**
    **Checking/Savings**
      **10 General Cash**
        10-03 Operating Cash                                 802.00
      **Total 10 General Cash**                              802.00

      **15 - Banks**
        15-1 Ponce de Leon 9625                            8,438.57
        15-2 Ponce de Leon 6703                              513.19
      **Total 15 - Banks**                                 8,951.76

    **Total Checking/Savings**                             9,753.76

    **Other Current Assets**
      **20 Credits Cards**
        20-3 Bank of America (Merchant)                    6,973.45
      **Total 20 Credits Cards**                           6,973.45

      **25 - Accounts Receivable Others**
        25-1 - Marcelino Dominguez                        16,424.63
        25-2 - Yamilka Cruz                                3,000.00
      **Total 25 - Accounts Receivable Others**           19,424.63

      30 - Food and Liquor Inventory                      27,852.60
    **Total Other Current Assets**                        54,250.68

  **Total Current Assets**                                64,004.44

  **Fixed Assets**
    40 - Furniture and Equiptment                        177,224.00
    41 - Depreciation Accumulated                       -172,155.00
  **Total Fixed Assets**                                  5,069.00

  **Other Assets**
    50 - Goodwill                                        191,441.00
  **Total Other Assets**                                 191,441.00

**TOTAL ASSETS**                                         260,514.44

**LIABILITIES & EQUITY**
  **Liabilities**
    **Current Liabilities**
      **Other Current Liabilities**
        100 Accounts Payable Suppliers

10:45 AM
01/30/15
Accrual Basis

# MONTEZUMA MEXICAN RESTAURANT INC.
## Balance Sheet
### As of December 31, 2014

| | |
|---|---:|
| 100-15 Others Vendors | 24,287.88 |
| **Total 100 Accounts Payable Suppliers** | 24,287.88 |
| | |
| 120 - Payroll Liabilities | |
| 120-01 Taxes | 814.82 |
| **Total 120 - Payroll Liabilities** | 814.82 |
| | |
| 130 - Tax Sales Collected | 9,403.00 |
| 150 Others Accounts Payable | |
| 150-01 Jose Jaquez | 687,123.24 |
| 150-03 Codelia & Socorro, P.C. | 18,506.65 |
| 150-04 NYS Department of Taxati | 221,884.44 |
| 150-05 NYS Department of Labor | 453,569.66 |
| 150-06 Hillside Wholesale | 82,509.10 |
| 150-07 Internal Revenue Service | 40,000.00 |
| **Total 150 Others Accounts Payable** | 1,503,593.09 |
| | |
| **Total Other Current Liabilities** | 1,538,098.79 |
| | |
| **Total Current Liabilities** | 1,538,098.79 |
| | |
| **Total Liabilities** | 1,538,098.79 |
| | |
| Equity | |
| 200 - Capital Stock | 200.00 |
| 250 - Retained Earnings | -501,188.19 |
| Net Income | -776,596.16 |
| **Total Equity** | -1,277,584.35 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 260,514.44 |