UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

MONTEZUMA MEXICAN RESTAURANT, INC.,

Debtor.

Chapter 11
Case No. 15-10365 (MG)

Notice of Appearance and
Request for Notice of Filings

---

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for NEW YORK STATE DEPARTMENT OF LABOR, and respectfully requests notices of filings in this proceeding.

Dated: April 2, 2015

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL OF NEW YORK
120 Broadway
New York, New York 10271
(212) 416-8713

By: _____
C. MICHAEL HIGGINS
Assistant Attorney General

TERRI GERSTEIN
Chief, Labor Bureau

SETH KUPFERBERG
Section Chief, General Labor Section

C. MICHAEL HIGGINS
Assistant Attorney General
    - of Counsel