B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Montezuma Mexican Restaurant Inc.  ,  Case No.  15-10365
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  2/20-3/31/2015   Date filed:

Line of Business:  Restaurant   NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Magdalena Dominguez*
Original Signature of Responsible Party

Magdalena Dominguez
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ Yes   ☑ No

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 240,069.31

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ _____

Cash on Hand at End of Month   $ 11,107.53

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 44,875.62

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 224,399.54

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 240,069.31

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 224,399.54

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 15,669.77

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ .00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ .00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 30

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 30

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 1,000.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 1,000.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ .00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ .00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 575,000.00 | $ 500,175.00 | $ 74,825.00 |
| EXPENSES | $ 535,000.00 | $ 487,593.00 | $ 47,407.00 |
| CASH PROFIT | $ 40,000.00 | $ 12,582.00 | $ 27,418.00 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                          $ 195,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                        $ 185,250.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                     $ 9,750.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Reset                                                                Save As...        Print

# MONTEZUMA MEXICAN RESTAURANT INC
## Balance Sheet
### As of March 31, 2015

|  | Mar 31, 15 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10 General Cash | |
| 10-03 Operating Cash | 11,107.53 |
| Total 10 General Cash | 11,107.53 |
| 15 Banks | |
| 15-03 TD Bank #1288 | 34,426.59 |
| 15-04 TD Bank #1296 (Payroll) | -658.50 |
| Total 15 Banks | 33,768.09 |
| Total Checking/Savings | 44,875.62 |
| Other Current Assets | |
| 20 Accounts Receivables | |
| 20-01 Credit Cards | |
| 20-01-01 Merchant Bank (BA) | 2,613.08 |
| Total 20-01 Credit Cards | 2,613.08 |
| 20-03 Others | |
| 20-03-01 Marcelino Dominguez | 30,004.87 |
| 20-03-02 Yamilka Cruz | 3,000.00 |
| Total 20-03 Others | 33,004.87 |
| Total 20 Accounts Receivables | 35,617.95 |
| 30 Food and Liquor Inventory | 16,862.69 |
| Total Other Current Assets | 52,480.64 |
| **Total Current Assets** | 97,356.26 |
| **Fixed Assets** | |
| 40 Furniture and Equipment | 178,924.00 |
| 41 Depreciation Accumulated | -172,155.00 |
| Total Fixed Assets | 6,769.00 |
| **Other Assets** | |
| 50 Goodwill | 191,441.00 |
| Total Other Assets | 191,441.00 |
| **TOTAL ASSETS** | 295,566.26 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Other Current Liabilities | |
| 100 Accounts Payable Suppliers | |
| 100-18 ConEdison | 6,453.02 |
| Total 100 Accounts Payable Suppliers | 6,453.02 |
| 120 Payroll Liabilities | |
| 120-01 Taxes | 1,773.15 |
| Total 120 Payroll Liabilities | 1,773.15 |
| 130 Tax Sales Collected | 48,749.39 |

## MONTEZUMA MEXICAN RESTAURANT INC
## Balance Sheet
### As of March 31, 2015

|  | Mar 31, 15 |
|---|---:|
| **150 Others Accounts Payable** | |
| 150-01 Jose Jaquez | 687,123.24 |
| 150-03 Codelia & Socorro, PC | 23,634.15 |
| 150-04 NYS Department of Taxati | 221,884.44 |
| 150-05 NYS Department of Labor | 453,569.66 |
| 150-06 Hillside Wholesale | 82,509.10 |
| 150-07 Internal Revenue Service | 40,000.00 |
| 150-08 American Society Compose | 12,326.06 |
| **Total 150 Others Accounts Payable** | 1,521,046.65 |
| **Total Other Current Liabilities** | 1,578,022.21 |
| **Total Current Liabilities** | 1,578,022.21 |
| **Total Liabilities** | 1,578,022.21 |
| **Equity** | |
| 200 Capital Stock | 200.00 |
| Retained Earnings | -1,295,237.91 |
| Net Income | 12,581.96 |
| **Total Equity** | -1,282,455.95 |
| **TOTAL LIABILITIES & EQUITY** | 295,566.26 |

## MONTEZUMA MEXICAN RESTAURANT INC
## Profit & Loss
### February 20 through March 31, 2015

|  | Feb 20 - Mar 31, 15 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **300 Income** | |
| 300-01 Food | 90,914.44 |
| 300-02 Bar Liquor | 48,608.22 |
| 300-03 Dinning Liquor | 93,382.65 |
| 300-04 Others Income | 7,164.00 |
| **Total 300 Income** | 240,069.31 |
| **Total Income** | 240,069.31 |
| **Cost of Goods Sold** | |
| **400 Cost of Goods Sold** | |
| 400-01 Food & Liquor | 87,320.13 |
| 400-02 Others | 2,194.00 |
| **Total 400 Cost of Goods Sold** | 89,514.13 |
| **Total COGS** | 89,514.13 |
| **Gross Profit** | 150,555.18 |
| **Expense** | |
| **500 Administrative Expenses** | |
| **500-01 Wages & Salaries** | |
| 500-01-01 Administrative | 21,832.38 |
| 500-01-02 Managers | 2,319.27 |
| 500-01-03 Waiters/Busboys | 11,288.28 |
| 500-01-04 Cooks | 16,631.70 |
| 500-01-05 Bartenders | 4,955.63 |
| 500-01-06 Cleaning | 1,926.00 |
| 500-01-07 Security | 2,875.00 |
| 500-01-08 Cashier | 1,816.00 |
| **Total 500-01 Wages & Salaries** | 63,644.26 |
| **500-02 Others (Entertaiments)** | |
| 500-02-01 Singers/Karahokee | 7,300.00 |
| 500-02-02 DJ/Sound | 5,100.00 |
| **Total 500-02 Others (Entertaiments)** | 12,400.00 |
| **500-03 Rent** | 10,607.84 |
| **500-04 Utilities** | |
| 500-04-01 Electricity | 6,453.02 |
| 500-04-02 Phone, Cable, Internet | 939.61 |
| 500-04-04 Trash Removal | 2,608.56 |
| **Total 500-04 Utilities** | 10,001.19 |
| **500-05 Taxes** | |
| 500-05-02 Payroll Tax | 4,531.62 |
| **Total 500-05 Taxes** | 4,531.62 |
| **500-07 Professional Fee** | |
| 500-07-01 Accounting | 1,000.00 |
| 500-07-02 Legal Fee | 11,718.00 |
| **Total 500-07 Professional Fee** | 12,718.00 |
| **500-09 Valet Parking** | 1,000.00 |
| **500-10 Advertising & Promotions** | |
| 500-10-01 Promotional Gift Cert | 2,825.00 |
| **Total 500-10 Advertising & Promotions** | 2,825.00 |

# MONTEZUMA MEXICAN RESTAURANT INC
## Profit & Loss
### February 20 through March 31, 2015

|  | Feb 20 - Mar 31, 15 |
|---|---:|
| **500-11 Service Fee** | |
| 500-11-01  Bank Service Charge | 295.81 |
| 500-11-02 Fee Credit Cards | 1,522.66 |
| 500-11-03 Paychex Payroll Profe | 648.05 |
| 500-11-04 Others Fees | 54.16 |
| **Total 500-11 Service Fee** | 2,520.68 |
| 500-13 Office Supplies | 430.61 |
| 500-16 Repairs and Maintenances | 1,738.19 |
| 500-17 Uniforms & Others Mainte | 1,889.97 |
| 500-18 Tips Paid Out | 2,774.81 |
| 500-23 Dishwsasher Services | 426.56 |
| 500-24 Pest Control and Prevent | 439.16 |
| 500-25 Trash Bags | 727.28 |
| 500-26 Miscellaneous | 710.24 |
| 500-27 Interest | 5,500.00 |
| **Total 500 Administrative Expenses** | 134,885.41 |
| **Total Expense** | 134,885.41 |
| **Net Ordinary Income** | 15,669.77 |
| **Net Income** | 15,669.77 |