MCGRAIL & BENSINGER LLP
888-C 8th Avenue #107
New York, New York 10019
(646) 285-8476
(212) 224-8377 Facsimile
David C. McGrail
dmcgrail@mcgrailbensinger.com

Counsel to Montezuma Mexican Restaurant Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————

In re:                                                   )          Chapter 11
                                                         )
MONTEZUMA MEXICAN RESTAURANT INC., )      Bankr. Case No.: 15-10365 (MG)
                                                         )
                        Debtor.                    )
—————————————————————————)

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2015, I served a true and correct copy of debtor

Montezuma Mexican Restaurant Inc.'s Notice of Status Conference and Motion to

Motion for an Order, Pursuant to Bankruptcy Code Section 365, Bankruptcy Rule 6006,

and Local Bankruptcy Rule 6006-1, Authorizing and Directing the Assumption of Its

Unexpired Lease of Nonresidential Real Property on the service list attached hereto as

Exhibit 1 via First Class U.S. Mail, postage prepaid.

Dated:  May 6, 2015

                                      s/ David C. McGrail
                                      David C. McGrail

Exhibit 1

## Exhibit 1

Internal Revenue Service
Ogden, UT 84201-0012

American Society of Composers
P.O. Box 331608-7515
Nashville, TN 37203-9998

American Pad-Ex
325 Moffat Street
Brooklyn, NY 11237

Anheuser Busch-Sales
550 Food Center Drive
Bronx, NY 10474

Auto-Chlor
1405 Commerce Ave.
Bronx, NY 10461

BMF (Barbone & Sons)
48 Elkay Drive
Chester, NY 10918

Codelia & Socorro, P.C.
778 Castle Hill Avenue
Bronx, NY 10473

Eduardo Ureña Produce
95 Broadway, Apt. 15
Freeport, NY 11520

Empire Merchants
16 Bridgewater St.
Brooklyn, NY 11222-9964

New York State Department of Labor
Attn: Debbie Anziano
State Office Campus
Building #12, Room #256
Albany, NY 12240

Jose Jaquez
c/o Law Office of James E. Iniguez
355 Lexington Avenue
4th Floor
New York, New York 10017

Enid Stuart, Esq.
Assistant Attorney General
Special Bankruptcy Counsel
120 Broadway- 24th Floor
New York, NT 10271

2690 Webb Ave. LLC
270 North Avenue, Suite 708
New Rochelle, NY 10801

GV Financial Services Inc.
25 Commerce Drive
Cranford NJ 07016-3676

New York State Insurance Fund
199 Church Street
New York, NY 10007-1100

C. Michael Higgins
Assistant Attorney General
120 Broadway
New York, NY 10271