**Hearing Date: August 5, 2015 at 11:00 a.m. (ET)**

MCGRAIL & BENSINGER LLP
888-C Eighth Ave. #107
New York, New York  10019
(646) 285-8476
(646) 224-8377 Facsimile
David C. McGrail
dmcgrail@mcgrailbensinger.com

Counsel to Montezuma Mexican Restaurant Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MONTEZUMA MEXICAN RESTAURANT INC., | ) | Bankr. Case No.: 15-10365 (MG) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference in the above-referenced case will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 501, New York, NY 10044-1408 on **August 5, 2015 at 11:00 a.m. (Eastern Time)**

DATED:   July 27, 2015
         New York, New York

                                    MCGRAIL & BENSINGER LLP

                                    /s/  David C. McGrail
                                    David C. McGrail, Esq.
                                    676A Ninth Avenue #211
                                    New York, New York  10036
                                    Telephone:  (646) 285-8476
                                    Facsimile:  (646) 224-8377

                                    Counsel to Montezuma Mexican Restaurant Inc.