UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MONTEZUMA MEXICAN RESTAURANT INC., | ) ) ) | Bankr. Case No.: 15-10365 (MG) |
| Debtor. | ) ) |  |

**ORDER EXTENDING DEBTOR'S**
**DEADLINE TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT**

Upon the motion (the "Motion") of debtor Montezuma Mexican Restaurant Inc. (the "Debtor") for an order, pursuant to Bankruptcy Code section 1121(e), extending the deadline by which it must file a chapter 11 plan and disclosure statement; and the Court having considered the Motion; and upon consideration of the Affidavit of Magdalena Dominguez in support of the Motion; and a hearing having been held before this Court to consider the Motion on February 11, 2016; and the Court having found that notice of the Motion was good and sufficient under the circumstances and that no other or further notice is or shall be required; and having found that the relief requested in the Motion is appropriate; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the deadline by which the Debtor must file a chapter 11 plan and disclosure statement is extended through and including April 30, 2016; and it is further

ORDERED that nothing contained in this Order shall prevent the Debtor from requesting further extensions of its plan and disclosure statement filing deadline; and it is further

[*Remainder of Page Left Intentionally Blank*]

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**IT IS SO ORDERED.**

Dated: February 11, 2016
      New York, New York

                                                                     **/s/Martin Glenn**
                                                                       MARTIN GLENN
                                                  United States Bankruptcy Judge